AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF    NEVADA

SEAN GLENN JACOBSON,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:12-cv-00404-LRH-VPC

ROBERT LeGRAND, et al.,

      Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted, which dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).

July 19, 2013                                                                                              **LANCE S. WILSON**
                                                                                                     Clerk

                                                                                                       /s/ K. Rusin
                                                                                                       Deputy Clerk